

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

LARRY LEE DEROSE,           Case No.00-6052-CIV-FERGUSON

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendants.
_____/

### ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court on its regular review for activity. Pursuant thereto, the Court has reviewed the docket and pertinent portions of the record. It appears that this case has been pending without any record activity advancing the cause for more than three months. Therefore, it is

**ORDERED AND ADJUDGED** that the plaintiff shall file a response with the Court no later than ten (10) days from the date of this Order showing cause why this case should not be dismissed for failure to prosecute.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 22ND day of November, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Timothy Day, Esq.
Sharon M. Medeiros, Esq.