**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



FILED by _____ D.C.
NOV 3 0 2000
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

LARRY LEE DEROSE,                    Case No. 00-6052-CIV-FERGUSON

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been set for a hearing on motion to vacate sentence before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on Friday, December 15, 2000, at 3:00 p.m.**

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 30th day of November, 2000.

                                            _____
                                            WILKIE D. FERGUSON, JR.
                                            UNITED STATES DISTRICT JUDGE

copies provided:
Timothy M. Day, Esq.
Sharon M. Medeiros, AUSA

