UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6052-CIV-FERGUSON



LARRY LEE DEROSE,                    :

    Plaintiff,                    :

v.                    :

UNITED STATES OF AMERICA,  :

    Defendant.                    :
_____/

## **RESPONSE TO ORDER TO SHOW CAUSE**

The plaintiff, through counsel, files this response to the Court's Order to Show Cause dated November 22, 2000 and states as follows:

1.    The plaintiff filed a petition under 28 U.S.C. § 2255 on January 12, 2000.

2.    Since that time, counsel for the plaintiff has periodically contacted the Court's courtroom deputy to determine the status of the case.

3.    On November 22, 2000, the Court ordered the plaintiff to file a response in ten days as to why there has been no recorded activity advancing the cause for more than three months.

4.    The plaintiff responds that there is nothing left for the plaintiff to do. Counsel contacted Chambers through the law clerk who indicated that the Court would set a status conference on the petition. A status conference is presently set for December 15, 2000.



WHEREFORE. the plaintiff files this response.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____

Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale. Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the aforementioned motion was mailed

on this ___ day of December, 2000, to Donald Chase, Assistant United States Attorney, 299 East

Broward Boulevard. Fort Lauderdale, Florida 33301.

_____

Timothy Day

s:\day\motions\derose.vac

2