UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6052-CIV-FERGUSON
97-6174-CR-FERGUSON

LARRY LEE DEROSE, )
)
    Petitioner, )
)
v. )
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
_____)

NIGHT BOX
FILED
DEC - 8 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME

The United States of America, by and through its undersigned Assistant United States Attorney, files this motion for an enlargement of time to file its response to the above-referenced motion to vacate, set aside or correct sentence for the following reason:

1. This Court signed an order on November 22, 2000 requiring the government to file a response to the instant §2255 motion within ten days of the order.

2. The order was forwarded from your Honor's chambers in Fort Lauderdale to the Miami U.S. Attorney's Office and then to the undersigned prosecutor in Fort Lauderdale. The elongated route traveled by the notice caused the same not to be received by the assigned prosecutor until December 6, 2000.

3. The government would request until Tuesday, December 12, 2000 to file its response.

1



4. The §2255 motion was filed long ago but not responded to by the government. The petition was served upon the undersigned and referred to docketing, as is the customary practice, so a file could be opened to track the case. The pleading was never returned and the matter never properly inputted. The failure of the pleading to be properly docketed caused the undersigned to not remember that a response was due.

Wherefore, for the foregoing reason, the United States of America respectfully requests that the government be granted an enlargement of time to file its response until December 12, 2000.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: /s/ Donald F. Chase, II
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
BAR NO. A5500077
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone (954) 356-7255
Fax (954) 356-7336

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing has been forwarded, postage prepaid, this 11th day of December 2000 to: Timothy M. Day, Assistant Federal Public Defender, 101 NE Third Avenue, Suite 202, Fort Lauderdale, Florida 33301-1100.

*[signature]*

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY