UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____
DEC 18 20__

HONORABLE WILKIE D. FERGUSON, JR.

CIVIL MINUTES

1. Case No. 00-6052    Date: 12/15/00
2. Style Dercse v. U.S.A.
3. Plaintiff's Counsel: Tim Day
4. Defendant's Counsel: Donald Chase
5. Type of Proceeding: Hearing on motion to Vacate
6. Result of hearing:     Motion Granted     Motion Denied
                              ☐                  ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes  Hearing to be re-set for FRIDAY
January 26, 2001 at 11:30 p.m.

Law Clerk  Amparo Nisi
Courtroom Deputy  Troy Walker
Courtroom Reporter  Jerry Reeves