FILED by ____ D.C.

DEC 27 2000

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

LARRY LEE DEROSE,

Case No. 00-6052-CIV-FERGUSON

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been set for a hearing on the motion to vacate sentence before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on Friday, January 26, 2001, at 11:30 a.m.**

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 27th day of December, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Timothy M. Day, Esq.
Donald F. Chase, II, AUSA