UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6052-CIV-FERGUSON
97-6174-CR-FERGUSON

UNITED STATES OF AMERICA,          )
                                   )
vs.                                )
                                   )
LARRY LEE DEROSE,                  )
                                   )
            Defendant.             )
_____)



GOVERNMENT'S MOTION TO CONTINUE 2255 HEARING

The United States of America, by and through the undersigned Assistant United States
Attorney, files this motion to continue the 2255 hearing set for January 26, 2001 at 11:30 am for
the following reason:

1.    The undersigned prosecutor's mother-in-law has been diagnosed with cancer in her
pancreas and liver.  Attempts to treat her condition locally have failed.

The undersigned prosecutor's mother-in-law traveled with his family to Mexico to
seek alternative treatments not available in the United States and to spend time with her relatives.

The undersigned prosecutor's mother-in-laws's health has recently deteriorated
dramatically and she is likely to succumb to the cancer shortly.  The undersigned prosecutor will
or has traveled to Mexico to provide emotional support to his wife and to care for his children.
The undersigned prosecutor will be out of the country for an unknown amount of time due to the
nature of the emergency.  Therefore, a thirty (30) day continuance is requested.

Wherefore, for the foregoing reason, the United States of America requests a continuance

of the sentencing for 30 days.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

DONALD F, CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Tel. (954)356-7255
Fax. (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 19th

day of January, 2001 to: Timothy M. Day, AFPD, 101 NE Third Ave., Suite 202, Ft. Lauderdale,

FL 33301.

_____

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY