

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

LARRY LEE DEROSE,                               Case No. 00-6052-CIV-FERGUSON

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER CHANGING SCHEDULED HEARING

**THIS CAUSE** is before the Court on Government's Motion to Continue 2255 Hearing [D.E.11]. Having considered the motion and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that the motion [D.E.11] is **GRANTED**.

**PLEASE TAKE NOTICE** that the hearing scheduled for January 26, 2001, has been changed to Friday, March 16, 2001, at 1:30 p.m.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 2nd day of February, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Timothy M. Day, AFPD
Donald F. Chase, AUSA

