UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
[MAR 19 2001]

HONORABLE WILKIE D. FERGUSON, JR.

## CIVIL MINUTES

1. Case No. _CC-6052_    Date: _3/16/01_
2. Style _Derose v. U.S._
3. Plaintiff's Counsel: _Tim Day_
4. Defendant's Counsel: _Donald Chase_
5. Type of Proceeding: _Hearing on Motion to Vacate Sentence_
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes _Ruling will follow_

Law Clerk:    Amparo Nisi

Courtroom Deputy:    Troy Walker

Courtroom Reporter:    _BeyNN Dockstader (305) 523-5635_