UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6052-CIV-FERGUSON
Former Case No. 97-6174-CR-FERGUSON

LARRY LEE DEROSE,                )
                                 )
              Movant,            )
                                 )
      v.                         )
                                 )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
                                 )
              Respondent.        )
_____)



## GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME

The United States of America, by and through the undersigned Assistant United States Attorney, files this motion for enlargement of time of thirty-five (35) days to respond to the defendant's amended Title 28, United States Code, Section 2255 motion. In support thereof, the following is shown:

1.    On July 11, 2001, the movant filed an amended 2255 petition seeking to withdraw the guilty plea he entered in the above-referenced case on October 14, 1998. To protect the sanctity of this guilty plea from challenge, the government will need a transcript of the change of plea prepared. The government has contacted the court reporter present at the change of plea who is in the process of locating his notes and then he will begin to prepare the transcript.

Wherefore, for the foregoing reason, the United States of America requests an

enlargement of time until August 27, 2001 to file its response.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida
Tel. (954) 356-7255
Fax. (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this

12th day of July 2001 to Timothy Day, Assistant Federal Public Defender, 1 East Broward

Boulevard, Suite 1100 Fort Lauderdale, Florida 33301.

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY