UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6052-CIV-FERGUSON
97-6174-CR-FERGUSON

| | |
|---|---|
| LARRY LEE DEROSE, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) ) ) |



### EXHIBIT TO SUPPORT GOVERNMENT'S RESPONSE TO MOVANT'S AMENDED MOTION TO VACATE SENTENCE AND SET ASIDE CONVICTION

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files as an exhibit in support of its response to the movant's amended motion pursuant to 28 U.S.C. §2255 to vacate sentence and set aside conviction the attached transcript of the October 14, 1998 change of plea.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
BAR NO. A5500077
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone (954) 356-7255
Fax (954) 356-7336



CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing response has been forwarded, postage prepaid, this 30th day of August 2001 to: Timothy M. Day, Assistant Federal Public Defender, 101 NE Third Avenue, Suite 202, Fort Lauderdale, Florida 33301-1100.

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

CASE # 97-CR-6174-WDF



# "Do Not Scan or Copy This Transcript."

DE #

19 pages