UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

97-CR-6174

LARRY LEE DEROSE,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 00-6052-CIV-FERGUSON

FILED by _____ D.C.
DEC 2 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**CLOSED CIVIL CASE**

## ORDER

**THIS CAUSE** is before the Court on petitioner's Motion to Vacate Sentence Pursuant to 28 U.S.C. §2255 [D.E.1]. Having considered the motion, response, oral argument of counsel and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that the motion [D.E.1] is **DENIED**. Petitioner alleges that the enhanced sentence in this case imposed under 18 U.S.C. §924(e) was predicated upon unconstitutionally obtained state court convictions. He claims that the prior convictions are invalid based on the following state court plea colloquy defects which rendered the plea neither knowing nor voluntary: 1) there was no description of the cases; 2) there was no summary or factual recitation of the cases; 3) there was no indication as to specific cases Derose was pleading guilty to; 4) there was no statement by the judge informing Derose that he was entitled to counsel at a jury trial; and 5) the consequences of the guilty plea were not explained.

In Lackawanna County Dist. Attorney v. Coss, No. 99-1884, 2001 WL 417164 (U.S. Apr 25, 2001) the United States Supreme Court, in a 5 - 4 decision, ruled that as a general rule "relief is



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

generally unavailable to a state prisoner through a petition for a writ of habeas corpus when the prisoner challenges a current sentence on the ground that it was enhanced based on an allegedly unconstitutional prior conviction for which the petitioner is no longer in custody." The reason for granting relief -- the colloquy defects – has not been specifically recognized by the Supreme Court as ground for relief.

**This case is closed**. Any pending motions are rendered moot by this order.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 17th day of December, 2001.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Timothy M. Day, Esq.
Roberta Greenspan, AUSA